**Affirmed and Memorandum Opinion filed May 22, 2018.**



In The

# Fourteenth Court of Appeals

NO. 14-17-00309-CR
NO. 14-17-00311-CR

**COURTNEY DRAN SARGENT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 212th District Court**
**Galveston County, Texas**
**Trial Court Cause Nos. 16CR0338 & 16CR0339**

## M E M O R A N D U M     O P I N I O N

Appellant appeals his convictions for aggravated robbery. Appellant's appointed counsel filed a brief in which he concludes the appeals are wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967), by assigning issues that might arguably support the appeal, and explaining why those issues do not raise arguable error. *See Gainous v. State*, 436 S.W.2d 137, 138 (Tex. Crim. App. 1969.]

A copy of counsel's brief was delivered to appellant. Appellant was advised of the right to examine the appellate record and file a pro se response. *See Stafford v. State*, 813 S.W.2d 503, 512 (Tex. Crim. App. 1991). As of this date, more than 60 days have passed and no pro se response has been filed.

We have carefully reviewed the record and counsel's brief and agree the appeals are wholly frivolous and without merit. Further, we find no reversible error in the record. We are not to address the merits of each claim raised in an *Anders* brief or a pro se response when we have determined there are no arguable grounds for review. *See Bledsoe v. State*, 178 S.W.3d 824, 827–28 (Tex. Crim. App. 2005).

Accordingly, the judgments of the trial court are affirmed.


PER CURIAM


Panel consists of Justices Jamison, Wise, and Jewell.
Do Not Publish — Tex. R. App. P. 47.2(b).